

2010 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-20-2010

# USA v. Kenney

Precedential or Non-Precedential: Non-Precedential

Docket No. 01-4318

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2010

Recommended Citation

"USA v. Kenney" (2010). *2010 Decisions.* Paper 733.
http://digitalcommons.law.villanova.edu/thirdcircuit_2010/733

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2010 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

December 3, 2009

No. 01-4318

UNITED STATES OF AMERICA

v.

John Charles Kenney, Appellant
(M. D. Pa No. 99-cr-00280)

Present:      HARDIMAN, GREENBERG, and ROTH, Circuit Judges*

1.      Expedited Motion by Appellant to Recall the Mandate;

2.      Appellant's Addendum to Motion to Recall the Mandate;

3.      Response by Appellee to Expedited Motion to Recall the Mandate.

4.      Reply by Appellant to Response by Appellee in Opposition to
        Appellant's Motion to Recall the Mandate

5.      Exhibits in Support of Appellant's Reply to Response by Appellee in
        Opposition to Appellant's Motion to Recall the Mandate

6.      Exhibits in Support of Appellant's Reply to Response by Appellee in
        Opposition to Appellant's Motion to Recall the Mandate

                                            /s/ Dana M. Moore
**Opinion and Judgment Issued on 11/7/02.**      Dana M. Moore, Legal Assistant
**Mandate Issued 11/29/02.**                          (267) 299-4927

## **O R D E R**

The foregoing motion to recall the mandate is hereby DENIED.

**By the Court,**

 /s/ Thomas M. Hardiman 
**Circuit Judge**

Dated: August 20, 2010
DMM/cc: Mr. John Charles Kenney
   Frederick E. Martin, Esq.

_____

* The Honorable Robert J. Ward, United States District Judge for the Southern District of New York, who was a member of the coram by designation, has since passed away. Circuit Judge Thomas M. Hardiman has been added to the coram.